**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | : CHAPTER 13 |
| | : |
| John Jones | : BANKRUPTCY NO.: 17-15982-mdc |

<u>SUGGESTION OF DEATH</u>

TO THE CLERK OF COURT:

    It has been brought to our attention the the Debtor, John Jones is now deceased.

                              Respectfully submitted,

                              <u>/s/ERIK B. JENSEN, ESQUIRE</u>
                              ERIK B. JENSEN, ESQUIRE
                              Attorney for the Debtor